UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIKING BANK, a Washington state banking corporation<br><br>                                Plaintiff,<br>       v.<br><br>PERFECT UNION, Official Number 510731, her engines, Machinery, Appurtenances, etc., *In Rem*;<br><br>and<br><br>JACK I. JOHNSON and JOAN G. SHELLEDY-JOHNSON, *In Personam*,<br><br>                                Defendants. | IN ADMIRALTY<br><br>Case No. C10-1035 RSM<br><br>STIPULATED ORDER GRANTING SUMMARY JUDGMENT AND DIRECTING SALE WITH CREDIT BID AUTHORITY |

THIS MATTER having come before this Court on plaintiff's Motion for Summary Judgment against the defendant vessel PERFECT UNION and *in personam* defendants Jack Johnson and Joan G. Shelledy-Johnson, and the Court, having considered the plaintiff's motion for summary judgment and supporting documents, defendants' stipulation to such motion and to the entry of this order and judgment, and all other materials filed therein, now, therefore,

ORDER GRANTING SUMMARY JUDGMENT
AND DIRECTING SALE - 1

1.     IT IS ORDERED that plaintiff's Motion for Summary Judgment and Order
2. Directing Sale is GRANTED.  Judgment in favor of plaintiff against the defendant vessel
3. PERFECT UNION and *in personam* defendants Jack Johnson and Joan G. Shelledy-
4. Johnson, jointly and severally, in the amount of $103,410.28, plus interest at the per diem
5. rate of $26.72, from June 9, 2010, plus $7,076.35 as its reasonable attorneys' fees and
6. costs.
7.     IT IS FURTHER ORDERED that Viking Bank's Preferred Ship Mortgage is a
8. valid lien upon the Vessel, prior and superior to interests, liens, or claims of defendants
9. and any other person and is hereby foreclosed.
10.     IT IS FURTHER ORDERED that  the PERFECT UNION, Official Number
11. 510731, be sold pursuant to 46 U.S.C. §§ 31325(b)(1) and 31326, Supplemental
12. Admiralty Rule E(9), and Local Admiralty Rules 145, 150, and 155, free and clear of all
13. liens and encumbrances on a date and time hereafter arranged and agreed to by Viking
14. Bank and the U.S. Marshal.
15.     IT IS FURTHER ORDERED that at the sale of the PERFECT UNION, Official
16. Number 510731, Viking Bank shall be permitted to bid all or a part of its judgment
17. hereunder without cash deposit.
18.     IT IS FURTHER ORDERED that should excess funds remain after paying all
19. sums due others under this Order following the sale of said vessel, the excess funds shall
20. be sent to defendants Jack Johnson and Joan G. Shelledy-Johnson payable to the Cook &
21. Bartlett IOLTA Account.
22.     //
23.     //
24.
25.
26.

ORDER GRANTING SUMMARY JUDGMENT
AND DIRECTING SALE - 2

**HOLMES WEDDLE & BARCOTT, PC**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

DATED this 27 day of December 2010.

*(signature)*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

HOLMES WEDDLE & BARCOTT
A Professional Corporation

_____
JOHN E. CASPERSON, WSBA #14292
R. SHAWN GRIGGS, WSBA #30710
Attorneys for Plaintiff

APPROVED FOR ENTRY

COOK & BARTLETT

_____
Robert M. Bartlett, WSBA #19818
Attorneys for Defendants

ORDER GRANTING SUMMARY JUDGMENT
AND DIRECTING SALE - 3

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289